AO 91 (Rev. 11/11)  Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2021 AUG 16  AM 7:56

CLERK

BY_____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ERIC GRENIER | ) | Case No. 2:21-mj-81-1 |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___August 13, 2021___ in the county of ___Rutland___ in the _____ District of ___Vermont___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1): | Knowingly possessing a firearm, in and affecting commerce, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Eric Brimo, Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___08/14/2021___

_____
*Judge's signature*

City and state: ___Burlington, Vermont___   Hon. Kevin J. Doyle, United States Magistrate Judge
*Printed name and title*