UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>    Plaintiff,      )<br>      )<br>v.      )<br>      )<br>ERIC GRENIER,      )<br>    Defendant.      ) | Docket No. 2:21mj81-01 |

**MOTION FOR DETENTION**

NOW COMES the United States of America, by and through its attorney, Jonathan A. Ophardt, Acting United States Attorney for the District of Vermont moves for pretrial detention of the above-named defendant pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility for Detention. This defendant is eligible for detention because the case involves a felony that involves the possession of a firearm.

2. Reason For Detention. The Court should detain the defendant because there are no conditions of release which will reasonably assure the safety of any person and the community.

3. Rebuttable Presumption. The United States will not invoke the rebuttable presumption against defendant under § 3142(e).

4. Time For Detention Hearing. The United States requests the court conduct the detention hearing at first appearance.

5. Other Matters.

The defendant has a substantial criminal history, including three felony convictions for burglary and marijuana cultivation. He as other convictions for assault and making threats over the telephone. As the state court search warrant affidavit (copy attached) demonstrates, the

defendant has a recent history of serious and potentially violent encounters with neighbors in his community and local law enforcement personnel. He has repeatedly threatened to harm others and possibly himself. Family members have expressed deep concern about their own safety. Although defendant no longer has immediate access to firearms, his history speaks of violent tendencies that cannot be ameliorated by conditions of release.

Dated at Burlington, in the District of Vermont, August 16, 2021.

Respectfully submitted,

JONATHAN A. OPHARDT
Acting United States Attorney

By: /s/ Gregory L. Waples
GREGORY L. WAPLES

Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
eugenia.cowles@usdoj.gov