**BRANDON POLICE DEPARTMENT**          **STATE OF VERMONT RUTLAND COUNTY S.S.** 

## AFFIDAVIT

NOW COMES **Officer Michael VonSchleusingen**, affiant, being duly sworn on oath, deposes and says he has probable cause to believe that the Defendant, **Eric A. Grenier (DOB: 01/13/1982),** has committed the offense(s) of **Disorderly Conduct**, a violation of Title **13**, Vermont Statutes Annotated **1026.**, **Criminal Threatening**, violation of Title **13**, Vermont Statutes Annotated **1702** and **Simple Assault**, a violation of Title **13**, Vermont Statutes Annotated **1023(a)(3).**

1. Your affiant has been certified as a full time police officer by the Vermont Criminal Justice Training Council since 2019 and is presently employed as a police officer with the town of Brandon, Vermont.

2. On 07/23/2021 at approximately 2041 hours, I was dispatched to 653 High Pond Rd. in Brandon, Vermont for a call made by Tanya L. Carmichael (██████1984) who reported that her neighbor, Eric A. Grenier (DOB: ██████/1982) verbally threatened to kill both her and her husband James A. Carmichael (DOB: ██████/1983). Tanya later informed that Eric brandished a firearm to intimidate her brother Shane J. Wood (DOB: █████/1999) and verbally threatened to cause bodily harm to Shane, James and Leah Champine (DOB: █████/1996) after brandishing the weapon.

3. In a sworn written statement written by Leah Champine, she stated that the incident started when Eric's step-daughter Annabella McKee (DOB: ██████2004) drove by Shane and Leah's residence at 345 High Pond Rd. and revved the engine of her vehicle to cause annoyance. She stated that Shane decided to drive by Eric's residence with his dirt bike and rev his engine in front of Eric's residence in retaliation. She stated that after she heard Shane rev his engine, she heard a gun shot moments after. In Shane's sworn written statement, he stated that when he arrived at the roadway in front of Eric's residence, he observed that Eric had a firearm in his hand. In Shane's statement, he was able to describe the physical characteristics of the firearm in detail. Shane stated that the firearm was a stainless steel revolver with a wood grain handle.

4. Shane said that once he saw that Eric had a firearm in his hand, he took off on his dirt bike and heard Eric fire a shot. Shane stated that he didn't know if Eric had shot at him or not. Shane stated that approximately ten minutes after he had left the area of Eric's residence, Eric walked to his (Shane's) residence and started swearing at him and James, telling them that he was going to "take us both". Shane stated that during the encounter, Eric "had a knife or gun on his side". In James' sworn written statement, he also added that Eric had a large knife on his side during the altercation.

Subscribed and Sworn to before me on

this _____ day of _____ 2021

_____
(Affiant)

_____
Notary Public          T.E. 01/31/2023

_____
(Date)

1

5. In Leah's statement, she stated that after Shane came back home on his dirt bike from Eric's residence, Eric walked down the road and stopped in front of their residence. Leah stated that Eric "Started to swear at us. He continued to verbally abuse us and at one point threatened "to come over" and hurt us". Leah concluded her statement by stating she recorded the entire encounter and that during the encounter, Eric had was holstering an unknown object and thought it may have been a knife.

6. Leah showed me the video she recorded of the encounter. In the video, I observed Eric standing shirtless in the middle of the roadway yelling at James, Shane and Leah. Throughout the encounter, Eric taunted both James and Shane to engage in a physical fight with him. At one point Eric yelled "I'll fuck the both of you up right now" and would call the two men "a bunch of pussies" throughout the encounter.

7. Based on my training and experience as a law enforcement officer, I was able to detect several pre-attack fight cues from Eric as I viewed the video. Eric verbally threatened to cause bodily harm to James and Shane. Eric gestured with his hand beckoning Shane to approach his position in the street, yelling "Come on!". Eric continued to verbally threaten and point at James and Shane. Eric clenched his fists, paced back and forth with his shoulders pulled back and then squared off toward them. He raise his voice and demanded they come and fight him again. The body movements and verbal threats are indicative that Eric was preparing to engage in a physical altercation with James and Shane.

8. After the encounter, Shane and Leah both stated that Eric walked up the street and went to Tanya and James' residence where Eric further continued to display threatening behavior towards Tanya and James. In James' sworn written statement, he stated that after the altercation at Shane and Leah's residence, Eric headed towards his residence and once he got to the front of the property, Eric started yelling at him and Tanya "Calling us nigger lovers and told me exacklay (sic) that he can sit on the hill across the rd (sic) and snipe me out".

9. In Tanya's sworn written statement, Tanya stated that after the encounter at Shane's residence, James quickly came home because Eric was walking towards their residence. She stated that Eric stopped in front of their residence and was yelling at James, taunting him to engage in a physical fight. After Tanya told Eric to leave the vicinity of their property, she stated that Eric said "he was going to stand up on the hill across the road from our house and snipper(sic) us both. His(sic) said "Ill shoot you both right between the eyes, you won't even see it coming". Eric then left the vicinity of their property and headed home.

10. It should be noted that numerous homeowners residing on High Pond Rd. in Brandon, Vermont have come forward to the Brandon Police Department to verbalize their fear of Eric. Tanya wrote in her statement that Eric's threat of violence towards her family has "left them on the edge". She stated that Eric is a "ticking time bomb". She stated that she no longer feels safe when she sees Eric walk by and that she cannot take her daughter for a bike ride past his residence because she fears he will shoot at her as well as her daughter.

Subscribed and Sworn to before me on

this _____ day of _____ 2021

_____
(Affiant)

_____        _____
Notary Public          T.E. 01/31/2023                    (Date)

2

11. Tanya concluded her statement by stating "It is not fair for my family to be living in fear and be missing out on things because we fear what he (Eric) might do next".

12. Tanya provided the Brandon Police Department with a video of Eric in possession of what appears to be a large caliber black hunting rifle. Greg M. Colburn (DOB:⬛/1977) who resides at 977 High Pond Rd. in Brandon, Vermont, was the individual who had captured the video and identified the male in the video as Eric A. Grenier. Greg had previously presented the video to the Brandon Police Department prior to Tanya. The image below is a frame within the video that shows Eric in possession of the hunting rifle.



13. In James' statement, he also added that he cannot even walk with his daughter down the road past Eric's residence. He concluded his statement by stating that he doesn't want his daughter to be scared about where she lives.

14. Michael J. Shank (DOB:⬛1974) also provided a statement to the Brandon Police Department about Eric's behavior. Michael is Eric's next-door neighbor and resides at 730 High Pond Rd. in Brandon, Vermont. In Michael's statement he stated "I'm currently selling my farm because I no longer feel safe on it".

Subscribed and Sworn to before me on

this _____ day of _____ 2021

_____
(Affiant)

_____
Notary Public          T.E. 01/31/2023

_____
(Date)

3

15. Throughout Michael's statement, he verbalized that Eric dangerously uses firearms and explosives on a regular basis. He stated "One night, for example, I heard Eric and his wife in audible argumentation and then I heard a gunshot go off and so I went over to see if everything was okay. I stood on the road in front of his drive and was met by immediate hostility, by, what appeared to be, an inebriated Eric. I was worried that he was going to hit me (due to his threatening posture) and so I backed up and retreated, reiterating that I was just there to check and see if everyone was okay. Then eventually Eric retreated behind the house, swearing". He also stated that his partner Alexandra E. Breyer▇▇▇▇/1989) has not lived at their residence for the past month because she no longer feels safe. Michael verbally stated that this incident occurred on 10/24/2020.

16. In Michael's statement, he spoke about another encounter he had with Eric that occurred on 07/04/2021. Michael stated "I told the police that Eric, while firing two gun shots in his back yard, he screamed what I perceived to be death threats aimed at me, given that he used my name, saying "go ahead Mike, come over" and "come on boy come and get me". He also stated "I heard loudly and clearly "die motherfucker die", "I'm coming for you, motherfucker", "dead as fuck, swear to god" Michael concluded his statement by stating that he wanted to provide his statement "in an effort to reduce further harm and violence to everyone involved.

17. It should also be noted that Eric has verbally threatened to inflict serious bodily harm or death upon law enforcement officers of the Brandon Police Department. On 02/03/2021, while officers attempted to place Eric under arrest for the charge of Leaving the Scene of an Accident, Eric answered the door wearing what appeared to be a steel plated ballistic vest and verbally threatened to shoot the on-scene officers with his .308 caliber rifle.

18. At one point during the encounter, Eric closed the front door of his residence while speaking to the officers. Eric then re-opened the door and put both hands behind his back. In a sworn affidavit written by Officer Jonathan Butterfield of the Brandon Police Department, Eric stared into his eyes and slowly reached behind his back and into his waistband. Officer Butterfield then asked Eric what he was grabbing for behind his back, and placed his hand on the grip of his service weapon. Eric then said, "Go ahead, put your hand on your gun". In response, Officer Butterfield and this officer told Eric to stop messing with us and Officer Butterfield asked Eric's wife, Bobbie-Sue Grenier (DOB:▇▇▇/1982) who was behind him, if he had anything behind his back. She said no, he did not. Eric then showed us his hands sarcastically.

19. Officer Butterfield outlined in his affidavit that based on prior knowledge that Eric had made prior threats about getting into "shoot-outs" with the police and the actions Eric exhibited, he stated that he was in fear Eric was going to cause him harm during the encounter.

20. On 09/27/2020, Bobby Sue Grenier and Eric's two juvenile step-daughters, A.M. (DOB: ▇▇▇/2004) and K.F. (DOB:▇▇▇/2005) provided sworn written statements to the Brandon Police Department to state their deep concerns about their safety due to Eric's access to firearms.

Subscribed and Sworn to before me on

this _____ day of _____ 2021

_____
(Affiant)

_____      _____
Notary Public            T.E. 01/31/2023              (Date)

4

21. In Bobby Sue's statement, she stated "I have been to (sic) scared to call the police because he (Eric) tells us that will be our last mistake, he will have a shoot out with police. He has guns and a bullet proof vest he carries with him, so I take his words seriously. I've been dealing with this for months. He has completely lost his mind. I can't sleep at night because I'm worried he will come shoot us up at night and kill us all". Bobby Sue also stated "He would sit in the woods at night and shoot at vehicles going by our house to(sic) fast". Bobby Sue concluded her statement by stating "I didn't want to call the police and him shoot to kill people. But my kids are scared and I'm scared. He is out of control, and I don't want anyone else to get hurt".

22. In the statement written by A.M. she stated that Eric "is a danger to himself and society", she also stated Eric is "a felon with many large guns & little ones he's constantly drinking and driving. He wants a shoot out he has an armed chest plate front & back like bullet Proof. Hes INSANE!" A.M. concluded her statement by stating "I don't want him to harm anyone eles (sic)".

23. In a statement written by K.F. she outlined her concerns for Bobby Sue's safety. K.F. stated "My mom has been so hestitent (sic) to go to the cops for help bc (sic) he alway (sic) said to my mom if she ever calls the cops on him it will be the last time she does bc (sic) he's not gonna stop hes going to have a shoot out w/ (sic) them."

24. Since 02/03/2021, the police department has been called to respond to Eric's residence of 818 High Pond Rd. in Brandon, Vermont on numerous occasions. In response to Eric's unpredictable and hostile behavior towards the public as well as law enforcement, back-up assistance has been routinely utilized when responding to any calls at Eric's residence.

25. Based on the aforementioned information, this officer deposes and says he has probable cause to believe that the Defendant, **Eric A. Grenier (DOB▮▮▮▮▮▮1982)**, has committed the offense(s) of **Disorderly Conduct**, a violation of Title **13**, Vermont Statutes Annotated **1026.** , **Criminal Threatening**, violation of Title **13**, Vermont Statutes Annotated **1702** and **Simple Assault**, a violation of Title **13**, Vermont Statutes Annotated **1023(a)(3).**

Application by Reliable Electronic Means under V.R.Cr.P. 41(d)(4).

The oath was administered by the undersigned to the affiant over the telephone on August 9, 2021 at 2:04 PM.

David R. Fenster
Superior Court Judge

Subscribed and Sworn to before me on

this _____ day of _____ 2021

_____
Notary Public        T.E. 01/31/2023

_____
(Affiant)

_____
(Date)

5

## SEARCH WARRANT

**STATE OF VERMONT**

**COUNTY OF Rutland, ss.**

**TO:  Officer Michael VonSchleusingen and any law enforcement officer having juridsiction in Vermont.**

You are hereby commanded to search:

818 High Pond Road in Brandon VT, a single family home located on the south side of High Pond Rd in Brandon VT. and any outbuildings. *DAF*
~~property as well as a camper.~~

for the following described property or object(s):

A silver handgun with wooden grips which was witnesses by Shane Wood *DAF*

- - -

serving this warrant and making the search (between the hours of 6:00 a.m. and 10:00 p.m.) – (exception _____) within 10 days from the date  hereof, and if the property or object(s) be found there, to seize it, prepare a written inventory of it, and bring such property, object(s) or inventory before the District Court of Vermont, Unit No. Unit II, Rutland Circuit.

This warrant is issued upon the basis of an affidavit and finding of probable cause by me, filed with the clerk of that unit.

Dated at Rutland, County of **Rutland**, this   9th   day of August, 2021.

_____

Judicial Officer David R. Fenster
Superior Court Judge

Docket No. _____

DISTRICT COURT OF VERMONT

Unit No. _____

_____ Circuit

STATE OF VERMONT

vs.

_____

SEARCH WARRANT

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

State of Vermont

_____ County

At _____

in said county, this _____ day of _____

_____, _____, by

virtue of this warrant, I entered at _____

o'clock (a.m. – p.m.) upon the premises and

into _____

(person, premises, or vehicle)

_____

_____

described in said warrant, and there made
diligent search for the goods and chattels in
said warrant described, and thereupon such
search found and seized:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____