## NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                                                  Case No. 2:21-mj-81-1

Eric Grenier

TAKE NOTICE that the above-entitled case is scheduled for Friday, August 27, 2021 at 1:00 p.m., in Burlington, Vermont, before the Honorable Kevin J. Doyle, Magistrate Judge, for a Preliminary Hearing or Arraignment.

Location: Courtroom 410                                          JEFFREY S. EATON, Clerk
                                                                                        By: */s/ H. Beth Cota*
                                                                                        Deputy Clerk
                                                                                        8/17/2021

TO:

Gregory L. Waples, AUSA

Office of the Federal Public Defender